AUSA: Vance      Telephone: (810) 766-5177

AO 91 (Rev. 11/11) Criminal Complaint     Task Force Officer: Black      Telephone: (810) 341-5730

# UNITED STATES DISTRICT COURT
for the

Eastern District of Michigan

United States of America

v.

JAYLEN N. CUBA

Case: 4:26-mj-30226
Judge: Ivy, Curtis

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of _____ April 22, 2026 _____ in the county of _____ Genesee _____ in the _____ Eastern _____ District of _____ Michigan _____ , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 922(g)(o) | Illegal Possession of a Machinegun |

This criminal complaint is based on these facts:

I have probable cause to believe that on April 22, 2026, in the Eastern District of Michigan, Jaylen Nigel Cuba, knowingly possessed a machinegun and that he knew, or was aware of, the essential characteristics of the firearm which made it a machinegun, in violation of 18 U.S.C. § 922(o).

☑ Continued on the attached sheet.

_____
*Complainant's signature*

Cody Black, Task Force Officer, ATF
_____
*Printed name and title*

Sworn to before me and signed in my presence
and/or by reliable electronic means.

Date: April 23, 2026

_____
*Judge's signature*

City and state: Flint, MI

Curtis Ivy, Jr., United States Magistrate Judge
_____
*Printed name and title*

**AFFIDAVIT**

1. I, Cody Black, have been employed by the Michigan State Police since January of 2020. Currently, I am a Detective Trooper Specialist assigned to the Michigan State Police 3rd District Special Investigation Section. With this assignment, I have been augmented to work on a Federal Task Force as a Task Force Officer (TFO) with the Bureau of Alcohol, Tobacco, Firearms, and Explosives (BATF). I am tasked with investigating violations of firearms and narcotics laws. Before being assigned to the BATF, I was assigned to the Michigan State Police Secured Cities Partnership (SCP), and worked in conjunction with Lansing's Violent Crimes Initiative (VCI) in Lansing MI. During this time, I investigated numerous incidents involving narcotics trafficking, robberies, shooting, weapons offenses, homicides, as well as violations of state and federal firearms laws.

2. I make this affidavit from personal knowledge based on my participation in this investigation, my review of reports and other materials prepared by those who have personal knowledge of the events and circumstances described herein, and information gained through my training and experience. The information outlined below is provided for the limited purpose of establishing

1

probable cause and does not contain all details or all facts of which I am aware relating to this investigation.

3. I am currently investigating Jaylen Nigel Cuba for illegal possession of a machinegun, in violation of 18 U.S.C. § 922(o).

4. On April 22, 2026, at approximately 7:02 pm, Michigan State Police (MSP) Troopers in a marked patrol vehicle and in full uniform were on routine patrol in the City of Flint when they observed a gray 2016 Lincoln MKZ bearing Michigan Registration SHARK55 traveling southbound on Martin Luther King Avenue from Pasadena Avenue. The vehicle was in the left lane and merged into the right lane without using a turn signal. Additionally, the vehicle was observed to have illegal window tint. As a result, Troopers activated their emergency lights and conducted a traffic stop on the suspect vehicle as it pulled into 418 Genesee St.

5. Prior to the Troopers' initial contact, Troopers observed the driver reaching down near the floorboard as he looked at the Troopers through the driver's side mirror with his head bowed. This was verbalized by Troopers as they walked up to the vehicle. After the Troopers approached the vehicle and contacted the driver and sole occupant of the involved vehicle, Jaylen Nigel

Cuba (XX/XX/1999), Cuba provided them with a Georgia driver's license, positively identifying himself.

6. During this initial contact, a Trooper observed a black pistol on the floorboard by Cuba's feet. During the traffic stop, Cuba did not identify himself as a CPL holder.

7. The Troopers communicated this observation to each other by signaling with their hands to one another, forming the shape of a pistol out of their fingers.

8. After Troopers identified Cuba and provided him with the reason for their traffic stop, Cuba was asked to step out of the suspect vehicle. After Cuba stepped out, Troopers attempted to detain him in handcuffs. At this time, Cuba actively resisted the Troopers. After a brief struggle, Troopers were ultimately able to secure Cuba in handcuffs.

9. The Troopers then completed a probable cause search of the suspect vehicle. During the search, the following items were located:

   a. A black Glock 19, 9mm Gen 5 pistol bearing serial number BPZY351 on the driver side floorboard. The pistol had one bullet in the chamber, and a 31-round magazine containing 30 rounds of ammunition. A red and black machinegun conversion device was affixed to the pistol, converting it into a machinegun. A LEIN check revealed that the pistol

3

was listed as stolen by the Mount Morris Township Police Department (OCA 2584501131).

    b. A 24-round magazine containing 24 rounds of ammunition and a 15-round magazine containing 7 rounds of ammunition near firearm.

    c. A white pill bottle, labeled "Oxycodone/Hydrochloride" in the driver's side door compartment. There was no prescription label on the bottle. The bottle contained 37 Oxycodone, 60 Oxycontin, and 23 Amphetamine pills. An additional half-full orange bottle containing suspected Promethazine in the same door compartment.

    d. A single 9mm round of ammunition near the center console/cup holder area.

    e. A box that contained 12 unopened Promethazine bottles in the trunk .

    f. An additional two (half-full) bottles of suspected Promethazine inside a black luggage bag in the trunk.

    g. A single 9mm round of ammunition near the spare tire.

10. A Concealed Pistol License (CPL) Check was completed, revealing that Cuba did not have a valid CPL.

11. After Cuba was placed in the passenger seat of the Troopers' patrol vehicle, Cuba was read his Miranda warning's verbatim from the Michigan State

Police UD-52 Miranda warning's card. Cuba did not respond when asked if he understood his rights. When Troopers advised Cuba that they wanted to speak with him, he stated "there's nothing to talk about." The Troopers advised Cuba that he had a gun under the seat, and Cuba responded by saying "It's Flint."

12. As a result of the above listed investigation, Cuba was ultimately transported and lodged at the Genesee County Jail for the following charges: carrying a concealed weapon, felony firearm (7 Counts), receiving and concealing a stolen firearm, possession of a machinegun conversion device , and resisting and obstructing a police officer (2 Counts).

13. The suspect vehicle was also towed from the scene by Complete Towing, to their lot.

14. I am also aware that on March 25, 2026, Michigan State Police arrested Cuba for carrying a concealed weapon, felony firearm, and resisting and obstructing a police officer.  On that day, Cuba possessed a Glock, Model 45ACP, .45 caliber, semi-automatic pistol, which contained an extended magazine and an additional 10-round, .45 caliber magazine.  The Glock pistol was reported stolen out of Columbus, Ohio.  Cuba also resisted arrest during this incident. Following his arrest, while at the Genesee County Jail, a Flint Police officer

5

advised Cuba that he should not be running around with a firearm on his person.   Cuba replied, "Man this is Flint, you know how it is."

15.  Based on the foregoing, I have probable cause to believe that on April 22, 2026, in the Eastern District of Michigan, Jaylen Nigel Cuba, knowingly possessed a machinegun and that he knew, or was aware of, the essential characteristics of the firearm which made it a machinegun, in violation of 18 U.S.C. § 922(o).

_____
Cody Black, Affiant
Task Force Officer
Bureau of Alcohol, Tobacco, Firearms & Explosives

Sworn to before me and signed in my presence and/or by reliable electronic means

on  April 23, 2026_____.

_____
Hon. Curtis Ivy, Jr.
United States Magistrate Judge

6